Argued and submitted January 14, affirmed March 3, 2010

In the Matter of M. D. W.,
a Youth.

STATE ex rel JUVENILE DEPARTMENT
OF DOUGLAS COUNTY,
*Respondent,*

*v.*

M. D. W.,
*Appellant.*

Douglas County Circuit Court
0600075; Petition Number 07JU029;
A137283

227 P3d 777

Livia E. Goetz argued the cause for appellant. On the brief were Gary B. Bertoni and Bertoni & Associates.

Linda Wicks, Assistant Attorney General, argued the cause for respondent. With her on the brief were John R. Kroger, Attorney General, and Jerome Lidz, Solicitor General.

Before Landau, Presiding Judge, and Schuman, Judge, and Ortega, Judge.

PER CURIAM

Affirmed. *State v. Smalley*, 233 Or App 263, 225 P3d 844 (2010).